UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | No. 2:18-cv-1826 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| HASAMUKH SARANG, et al., | |
| Defendants. | |

On August 4, 2018, plaintiff filed a motion for default judgment and noticed the matter for hearing before the undersigned on August 31, 2018, pursuant to Local Rule 302(c)(19). (ECF No. 7.) However, on August 14, 2018, defendants filed an answer, and on August 15, 2018, defendants filed an opposition to the motion for default judgment. (ECF Nos. 8 & 9.) On August 19, 2018, plaintiff filed a reply. (ECF No. 10.) Therein, plaintiff states that plaintiff "does not object to . . . denial of the motion for default judgment."[1] (Id. at 1.)

////
////
////

---

[1] Plaintiff also states that plaintiff does not object to setting aside defendants' default. (ECF No. 10 at 1.) Local Rule 302(c)(19) only refers "[m]otions for entry of default judgment" to the assigned magistrate judge.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 31, 2018 hearing of plaintiff's motion for default judgment is vacated; and

2. Plaintiff's August 4, 2018 motion for default judgment (ECF No. 7) is denied without prejudice to renewal.

Dated: August 24, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\brooke1826.mdj.den.ord